*E-Filed 2/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL SANDIGO, | No. C 12-0085 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME;** |
| v. | **ORDER TERMINATING UNSERVED DEFENDANTS** |
| G.D. LEWIS, et al., | |
| Defendants. | |

Defendants' motion for an extension of time to file a dispositive motion (Docket No. 35) is GRANTED. Such motion shall be filed on or before May 15, 2013. Plaintiff's opposition is due 45 days after defendants' motion is filed. The Clerk shall terminate Docket No. 35.

Three defendants (C.M. Rogers, C. Tileston, and K. Morgan) remained unserved, despite at least two attempts to serve them. Because of these service problems, the claims against these defendants are DISMISSED without prejudice. Rogers, Tileston and Morgan are hereby TERMINATED from this action.

**IT IS SO ORDERED**.

DATED: February 20, 2013

_____
RICHARD SEEBORG
United States District Judge