*E-Filed 5/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL SANDIGO, | No. C 12-0085 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

Defendants' motion for an extension of time to file a dispositive motion (Docket No. 40) is GRANTED. Such motion shall be filed on or before September 15, 2013. Plaintiff's opposition is due 45 days after defendants' motion is filed. The Clerk shall terminate Docket No. 40.

**IT IS SO ORDERED**.

DATED: May 20, 2013

RICHARD SEEBORG
United States District Judge