*E-Filed 10/16/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL SANDIGO, | No. C 12-0085 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

Plaintiff's motion to extend the time to file an opposition to defendants' motion for summary judgment (Docket No. 52) is GRANTED. Plaintiff shall file his opposition on or before December 15, 2013. The Clerk shall terminate Docket No. 52.

**IT IS SO ORDERED**.

DATED: October 15, 2013

RICHARD SEEBORG
United States District Judge